RECEIVED
SEP 14 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CARL WAYNE STEWART,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:15-CV-01934 |
| VERSUS | |
| STATE OF LOUISIANA, et al.,<br>    Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Stewart's action is DENIED AND DISMISSED WITH PREJUDICE AS FRIVOLOUS PURSUANT TO 28 U.S.C. § 1915.

Further considering the Report & Recommendation and this Judgment, petitioner's remaining, recently filed motion (Doc. No. 10) is DENIED AS MOOT.  The proposed Plan of Work (Doc. No. 11) does not comply with this Court's order and is stricken and in any event is now unnecessary.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 14th day of September, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT